The GOVERNMENT OF the CANAL
ZONE, Plaintiff-Appellee,

v.

Fermin Jesus GONZALEZ T. (Tunon),
Defendant-Appellant.

No. 79–1912.

United States Court of Appeals,
Fifth Circuit.

Nov. 19, 1979.

PER CURIAM:

This appeal relates only to the process due a person deported from the Canal Zone in March, 1972, long prior to the time the Carter-Torrijos Treaty of 1978 became effective. We conclude that the Regulations then in effect, 35 C.F.R. § 59.62, promulgated pursuant to 2 Canal Zone Code § 841(a)(1) and § 1541, are constitutional as applied here, and provide all the process that was due under the Constitution.

The judgment is, therefore, AFFIRMED.

Justice L. Rovin, Balboa, Rep. of Panama, Canal Zone (Court-appointed), for defendant-appellant.

Frank J. Violanti, U. S. Atty., Wallace D. Baldwin, Acting U. S. Atty., Balboa Heights, Canal Zone, for plaintiff-appellee.

Before BROWN, Chief Judge, JONES and RUBIN, Circuit Judges.